IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2009-cv-00854-ZLW-KLM

M & R DEVELOPMENT, a Colorado Limited Liability Partnership

   Plaintiff.

v.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY

   Defendant.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ENTIRE ACTION, WITH PREJUDICE**

---

HAVING COME BEFORE THIS COURT upon the *Stipulation for Dismissal Of All Claims and Entire Action, with Prejudice* filed by the Plaintiff M&R Development, and Defendant St. Paul Fire and Marine Insurance Company, and after review of same and finding good cause, it is hereby Ordered that Plaintiff's claims against Defendant St. Paul Fire and Marine Insurance Company are and shall be dismissed with prejudice with Plaintiff and Defendant to each bear its own costs and fees.

So Ordered this 23 day of November, 2009.

BY THE COURT:

_____
United State District Court Judge